NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDDY M. MOREAU,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WALGREENS,<br><br>　　　　　Defendant. | Civil Action No.: 06-3347 (JLL)<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

**LINARES, District Judge.**

This matter having come before the Court on the Report and Recommendation of United States Magistrate Claire C. Cecchi, filed July 31, 2008, and the Court having received no objections, and the Court having reviewed the Report and Recommendation and other documents on file in this matter, and

For good cause shown;

IT IS on this _6th_ day of October, 2008,

**ORDERED** that the Report and Recommendation of Magistrate Claire C. Cecchi filed

1

July 31, 2008, recommending that Plaintiff's motion for change of venue [Docket #33] be denied is hereby ADOPTED as the findings of fact and conclusions of law of this Court.

_____
JOSÉ L. LINARES
UNITED STATES DISTRICT JUDGE