NOT FOR PUBLICATION **CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDDY M. MOREAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 06-3347 |
| v. ) | |
| ) | **O R D E R** |
| WALGREENS, ) | |
| ) | |
| Defendant. ) | |

**LINARES**, District Judge.

This matter comes before the Court on the Motion for Summary Judgment [CM/ECF #59] filed by Defendant Walgreen Eastern Co. ("Defendant") on October 14, 2008. No oral argument was heard. Fed. R. Civ. P. 78. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 25th day of March, 2009,

**ORDERED** that Defendant's motion for summary judgment [CM/ECF #59] is GRANTED; and it is further

**ORDERED** that the Clerk administratively close this case.

/s/ Jose L. Linares
Hon. Jose L. Linares
United States District Judge